ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FREDIS BLANCO GALLO, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CV 305-062 |
| MICHAEL PUGH, Warden, | ) ) | |
| Respondent. | ) ) | |

# ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 16th day of August, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Fredis Blanco Gallo, Pro-se @ prison
Delora L. Kennebrew, Esq.

CASE NO: CV305-062
DATE SERVED: August 22, 2005
SERVED BY: Cindy Reynolds

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate